UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Attorney for Chapter 7 Trustee
JM5998

In Re:

Case No. 20-20503/JNP

Michael & Trisha Caruso

Debtor(s).

# CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 7, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s):    Michael & Trisha Caruso
Case No:    20-20503/JNP

---

This matter having come before the Court as a Consent Order executed by Debtors' Attorney as well as the Trustee in the above captioned. As the parties having conferred regarding the Petition filed on September 11, 2020, and wherein the Trustee is requesting an extension of time to file an objection to Discharge and the Court having reviewed the Consent Order and for good cause shown, it is hereby

**ORDERED THAT** the time the Trustee or U.S. Trustee can file a complaint objecting to the discharge of the debtor pursuant to §727 of the Bankruptcy Code is hereby extended to March 1, 2021.

I hereby consent to the terms and conditions stated herein.

_____
Daniel Reinganum, Attorney for Debtor(s)
Dated: 1-7-2021

_____
Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
Dated: 1/7/2021