**Information to identify the case:**

| Debtor 1 | Michael A. Caruso | Social Security number or ITIN | xxx–xx–2244 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Trisha C. Caruso | Social Security number or ITIN | xxx–xx–9150 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   20–20503–JNP

# Order of Discharge                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael A. Caruso
dba Kingston Creations, LLC

Trisha C. Caruso
aka Trisha Castellante, dba Kingston Creations, LLC

1/29/21

**By the court:**   Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 20-20503-JNP
Michael A. Caruso                                                                            Chapter 7
Trisha C. Caruso
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 3
Date Rcvd: Jan 29, 2021                Form ID: 318                                Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Caruso, Trisha C. Caruso, 835 Kingston Dr., Cherry Hill, NJ 08034-1835 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518955027 | + | Carol Castellante, 774 Thornwood Dr., Mount Laurel, NJ 08054-1817 |
| 518989742 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518955034 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518955035 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518955036 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 518955037 | + | Global Holdings LLC, 4343 S. 118th E. Ave., Suite 220, Tulsa, OK 74146-4402 |
| 518966144 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518979703 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518955043 | + | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518971185 | + | QUICKEN LOANS, LLC, QUICKEN LOANS, LLC, BANKRUPTCY TEAM,, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518960323 | + | Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518955048 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518955055 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518955056 | + | Wf/tempur, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJDMARCHAND.COM | Jan 30 2021 02:13:00 | Joseph Marchand, 117-119 West Broad St., PO Box 298, Bridgeton, NJ 08302-0228 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2021 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2021 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518955026 | + | Email/Text: backoffice@affirm.com | Jan 29 2021 21:56:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519074095 | | EDI: BL-BECKET.COM | Jan 30 2021 02:13:00 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518955032 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 29 2021 21:52:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 518955029 | + | EDI: CITICORP.COM | Jan 30 2021 02:13:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518955030 | | EDI: CITICORP.COM | Jan 30 2021 02:13:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 518955031 | + | EDI: CITICORP.COM | Jan 30 2021 02:13:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 20-20503-JNP    Doc 30    Filed 01/31/21    Entered 02/01/21 00:21:00    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: 318 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518955033 | + | EDI: DISCOVERPL | Jan 30 2021 02:13:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 518961559 | + | EDI: DISCOVERPL | Jan 30 2021 02:13:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518955038 | + | EDI: IIC9.COM | Jan 30 2021 02:13:00 | IC System, Inc., Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518955039 | + | EDI: IRS.COM | Jan 30 2021 02:13:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518955028 | | EDI: JPMORGANCHASE | Jan 30 2021 02:08:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518955040 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 29 2021 21:53:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518955041 | + | EDI: NAVIENTFKASMSERV.COM | Jan 30 2021 02:13:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518955042 | + | EDI: NAVIENTFKASMSERV.COM | Jan 30 2021 02:13:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 518961310 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 29 2021 21:52:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 518955045 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 29 2021 21:55:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 518955046 | + | EDI: STFM.COM | Jan 30 2021 02:13:00 | State Farm Bank, Attn: Bankruptcy, Po Box 3298, Milwaukee, WI 53201-3298 |
| 518955047 | + | EDI: STFM.COM | Jan 30 2021 02:13:00 | State Farm Financial S, Attn: Bankruptcy, 1 State Farm Plaza, Bloomington, IL 61710-0001 |
| 518955049 | + | EDI: STF1.COM | Jan 30 2021 02:13:00 | Suntrust, Attn: Bankruptcy, Mail Code VA-RVW-6290 PO Box 85092, Richmond, VA 23285-5092 |
| 518955050 | + | EDI: STF1.COM | Jan 30 2021 02:13:00 | Suntrust Bk, Po Box 85526, Richmond, VA 23285-5526 |
| 518955051 | + | EDI: RMSC.COM | Jan 30 2021 02:08:00 | Syncb Best Buy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518955052 | + | EDI: RMSC.COM | Jan 30 2021 02:08:00 | Syncb/Paypal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518955053 | + | EDI: RMSC.COM | Jan 30 2021 02:08:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518955138 | + | EDI: RMSC.COM | Jan 30 2021 02:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518955054 | + | EDI: RMSC.COM | Jan 30 2021 02:08:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518970629 | | EDI: WFFC.COM | Jan 30 2021 02:13:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518955044 | | Noah Caruso |

Case 20-20503-JNP    Doc 30    Filed 01/31/21    Entered 02/01/21 00:21:00    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: 318 | Total Noticed: 45 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Debtor Michael A. Caruso DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Joint Debtor Trisha C. Caruso DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph Marchand | jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5