Form 152 − ntcvacodischg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−20503−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael A. Caruso
dba Kingston Creations, LLC
835 Kingston Dr.
Cherry Hill, NJ 08034

Trisha C. Caruso
aka Trisha Castellante, dba Kingston Creations, LLC
835 Kingston Dr.
Cherry Hill, NJ 08034

Social Security No.:
xxx−xx−2244

xxx−xx−9150

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING AN ORDER OF DISCHARGE

NOTICE IS HEREBY GIVEN that Order of Discharge of Debtor entered on 1/29/2021 as to

☑ debtor
☑ joint debtor

has been vacated effective 2/2/2021.

Dated: February 2, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 20-20503-JNP
Michael A. Caruso                                                                           Chapter 7
Trisha C. Caruso
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin                        Page 1 of 3
Date Rcvd: Feb 02, 2021           Form ID: 152                       Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Caruso, Trisha C. Caruso, 835 Kingston Dr., Cherry Hill, NJ 08034-1835 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519074095 | | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518955027 | + | Carol Castellante, 774 Thornwood Dr., Mount Laurel, NJ 08054-1817 |
| 518955029 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518955030 | | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 518955031 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518989742 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518955034 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518955035 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518955036 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 518955037 | + | Global Holdings LLC, 4343 S. 118th E. Ave., Suite 220, Tulsa, OK 74146-4402 |
| 518955038 | + | IC System, Inc., Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518966144 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518979703 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518955043 | + | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518971185 | + | QUICKEN LOANS, LLC, QUICKEN LOANS, LLC, BANKRUPTCY TEAM,, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518960323 | + | Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518955048 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518955049 | + | Suntrust, Attn: Bankruptcy, Mail Code VA-RVW-6290 PO Box 85092, Richmond, VA 23285-5092 |
| 518955050 | + | Suntrust Bk, Po Box 85526, Richmond, VA 23285-5526 |
| 518955055 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518970629 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518955056 | + | Wf/tempur, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2021 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2021 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518955026 | + | Email/Text: backoffice@affirm.com | Feb 02 2021 21:30:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 518955032 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 02 2021 21:29:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 518955029 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2021 21:39:55 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518955030 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2021 21:39:56 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 518955031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 02 2021 21:39:56 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518955033 | + | Email/Text: dplbk@discover.com | Feb 02 2021 21:30:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 518961559 | + | Email/Text: dplbk@discover.com | Feb 02 2021 21:30:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518955039 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2021 21:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518955028 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 02 2021 21:28:08 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518955040 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 02 2021 21:29:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518955041 | + | Email/PDF: pa_dc_claims@navient.com | Feb 02 2021 21:28:11 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518955042 | + | Email/PDF: pa_dc_claims@navient.com | Feb 02 2021 21:28:12 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 518961310 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 02 2021 21:29:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 518955045 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 02 2021 21:29:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 518955046 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Feb 02 2021 21:29:00 | State Farm Bank, Attn: Bankruptcy, Po Box 3298, Milwaukee, WI 53201-3298 |
| 518955047 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Feb 02 2021 21:29:00 | State Farm Financial S, Attn: Bankruptcy, 1 State Farm Plaza, Bloomington, IL 61710-0001 |
| 518955051 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 21:28:06 | Syncb Best Buy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518955052 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 21:27:33 | Syncb/Paypal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518955053 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 21:28:06 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518955138 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 21:28:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518955054 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 21:27:49 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518955044 | | Noah Caruso |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: 152 | Total Noticed: 44 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Daniel L Reinganum | on behalf of Debtor Michael A. Caruso DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Joint Debtor Trisha C. Caruso DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph Marchand | jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5