UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on February 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: <br><br> Michael A. Caruso, Trisha C. Caruso | Case No.: 20-20503 <br> Judge: JNP <br> Chapter: 7 |

## ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 2, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having noted that ____Michael A. Caruso, Trisha C. Caruso____, the debtor(s) in this case was discharged on _____1/29/2021_____, and that the discharge must be vacated for the reason(s) stated below:

- ❏ Debtor(s) received a discharge in this case on _____,

- ❏ Debtor(s) received a discharge in a previous case bearing case number _____, which case was commenced on _____ in the _____ Bankruptcy Court,

- ❏ Adversary Proceeding number _____ objecting to the debtor's discharge is pending,

- ❏ Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the instructional course requirements for discharge,

- ❏ Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all domestic support obligations currently du have been paid,

- ❏ The filing fee due in this case has not been paid in full,

- ☒ Other: __Deadline objecting to discharge extended through March 1, 2021__,

IT IS ORDERED that said discharge order is vacated.

*Rev. 4/22/08; jml*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 20-20503-JNP

Michael A. Caruso                                                                     Chapter 7

Trisha C. Caruso

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 02, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

**Recip ID    Recipient Name and Address**
db/jdb    + Michael A. Caruso, Trisha C. Caruso, 835 Kingston Dr., Cherry Hill, NJ 08034-1835

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021                  Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

**Name**                    **Email Address**

Daniel L Reinganum
    on behalf of Debtor Michael A. Caruso DanielR@McDowellLegal.com
    tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Daniel L Reinganum
    on behalf of Joint Debtor Trisha C. Caruso DanielR@McDowellLegal.com
    tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph Marchand
    jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 02, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5