**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael A. Caruso<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2244<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Trisha C. Caruso<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9150<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   20–20503–JNP

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael A. Caruso
dba Kingston Creations, LLC

Trisha C. Caruso
aka Trisha Castellante, dba Kingston Creations, LLC

3/26/21

**By the court:**   Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Michael A. Caruso  
Trisha C. Caruso  
    Debtors

Case No. 20-20503-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 26, 2021 | Form ID: 318 | Total Noticed: 45 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Caruso, Trisha C. Caruso, 835 Kingston Dr., Cherry Hill, NJ 08034-1835 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518955027 | + | Carol Castellante, 774 Thornwood Dr., Mount Laurel, NJ 08054-1817 |
| 518989742 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518955034 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518955035 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518955036 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 518955037 | + | Global Holdings LLC, 4343 S. 118th E. Ave., Suite 220, Tulsa, OK 74146-4402 |
| 518966144 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518979703 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518955043 | + | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518971185 | + | QUICKEN LOANS, LLC, QUICKEN LOANS, LLC, BANKRUPTCY TEAM,, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518960323 | + | Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518955048 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518955055 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518955056 | + | Wf/tempur, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJDMARCHAND.COM | Mar 27 2021 01:08:00 | Joseph Marchand, 117-119 West Broad St., PO Box 298, Bridgeton, NJ 08302-0228 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2021 23:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2021 23:29:46 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518955026 | + | Email/Text: backoffice@affirm.com | Mar 26 2021 23:31:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519074095 | | EDI: BL-BECKET.COM | Mar 27 2021 01:08:00 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518955032 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 26 2021 21:39:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 518955029 | + | EDI: CITICORP.COM | Mar 27 2021 01:08:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518955030 | | EDI: CITICORP.COM | Mar 27 2021 01:08:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 518955031 | + | EDI: CITICORP.COM | Mar 27 2021 01:08:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518955033 | + | EDI: DISCOVERPL | Mar 27 2021 01:08:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 518961559 | + | EDI: DISCOVERPL | Mar 27 2021 01:08:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518955038 | + | EDI: IIC9.COM | Mar 27 2021 01:08:00 | IC System, Inc., Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518955039 | + | EDI: IRS.COM | Mar 27 2021 01:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518955028 | | EDI: JPMORGANCHASE | Mar 27 2021 01:08:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518955040 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 26 2021 21:39:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518955041 | + | EDI: NAVIENTFKASMSERV.COM | Mar 27 2021 01:08:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518955042 | + | EDI: NAVIENTFKASMSERV.COM | Mar 27 2021 01:08:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 518961310 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 26 2021 21:38:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 518955045 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 26 2021 23:30:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518955046 | + | EDI: STFM.COM | Mar 27 2021 01:08:00 | State Farm Bank, Attn: Bankruptcy, Po Box 3298, Milwaukee, WI 53201-3298 |
| 518955047 | + | EDI: STFM.COM | Mar 27 2021 01:08:00 | State Farm Financial S, Attn: Bankruptcy, 1 State Farm Plaza, Bloomington, IL 61710-0001 |
| 518955049 | + | EDI: STF1.COM | Mar 27 2021 01:08:00 | Suntrust, Attn: Bankruptcy, Mail Code VA-RVW-6290 PO Box 85092, Richmond, VA 23285-5092 |
| 518955050 | + | EDI: STF1.COM | Mar 27 2021 01:08:00 | Suntrust Bk, Po Box 85526, Richmond, VA 23285-5526 |
| 518955051 | + | EDI: RMSC.COM | Mar 27 2021 01:08:00 | Syncb Best Buy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518955052 | + | EDI: RMSC.COM | Mar 27 2021 01:08:00 | Syncb/Paypal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518955053 | + | EDI: RMSC.COM | Mar 27 2021 01:08:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518955138 | + | EDI: RMSC.COM | Mar 27 2021 01:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518955054 | + | EDI: RMSC.COM | Mar 27 2021 01:08:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518970629 | | EDI: WFFC.COM | Mar 27 2021 01:08:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518955044 | | Noah Caruso |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Mar 26, 2021 | Form ID: 318 | Total Noticed: 45

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021                                      Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Debtor Michael A. Caruso DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Joint Debtor Trisha C. Caruso DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph Marchand | jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5